# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brittany Laurel Hettish aka Brittany L Pearson | CHAPTER 13 |
| Shane Michael Hettish | BKY. NO. 19-11247 TPA |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com