FILED
6/7/21 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-11247-TPA |
| | : | Chapter 13 |
| Shane Michael Hettish and | : | |
| Brittany Laurel Hettish | : | |
| Debtors | : | |
| | : | Docket No.: 44 |
| Shane Michael Hettish and | : | |
| Brittany Laurel Hettish | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

**CONSENT ORDER FOR VEHICLE FINANCING**

NOW, this 4th day of June 2021, upon an agreement reached by the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is:

**ORDERED, ADJUDGED, and DECREED** that:

1. the Debtor is authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:
    a. the total amount of financing **shall not exceed $25,000**; and
    b. the monthly payment **shall not exceed $400**.

2. To the extent that the Debtor secures financing for the purchase of a vehicle, such payments must be incorporated into the Chapter 13 plan. Within (30) DAYS of securing such financing, Debtors shall file:
    a. an amended chapter 13 plan; and
    b. a report of financing shall be filed with this court, with the financing agreement attached as an exhibit

3. To ensure the prompt and timely payment of the automobile loan, the Debtor shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of filing of the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending the confirmation of the amended plan.

4. Pending confirmation of any amended plan providing for the new post-petition loan payments, the trustee is authorized to make monthly adequate protections payments to the post-petition automobile lender for the contract amount so long as sufficient supplemental funds are provided by the Debtor.

5. Notwithstanding the inclusion of the post-petition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the post-petition automobile lender.

6. Debtor shall serve copies of this *ORDER* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

_____asg
UNITED STATES BANKRUPTCY JUDGE

Consented to:
/s/ Daniel P. Foster
Daniel P. Foster, PA I.D. # 92376
Attorney for Debtors
Foster Law Offices
1210 Park Avenue
Meadville PA  16355
(814) 724-1165
dan@mrdebtbuster.com

/s/ Katherine M. DeSimone\_\_\_
Katherine M. DeSimone
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
ksimone@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11247-TPA |
| Shane Michael Hettish | Chapter 13 |
| Brittany Laurel Hettish | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 2 |
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Shane Michael Hettish, Brittany Laurel Hettish, 2663 East 32nd Street, Erie, PA 16510-2705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Shane Michael Hettish dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Brittany Laurel Hettish dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Lauren Moyer | on behalf of Creditor Northpointe Bank ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1 User: mgut Page 2 of 2
Date Rcvd: Jun 07, 2021 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6