IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHANE MICHAEL HETTISH, and<br>BRITTANY LAUREL HETTISH,<br>　　　　　Debtor,<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION AS SERVICING AGENT<br>FOR NISSAN INFINITY LT,<br>　　　　　Movant,<br><br>　　　v.<br><br>SHANE MICHAEL HETTISH, and<br>BRITTANY LAUREL HETTISH, and<br>RONDA J. WINNECOUR, Trustee,<br>　　　　　Respondents. | Bankruptcy No. 19-11247-TPA<br><br>Chapter 13<br><br>Doc. No. |

## <u>CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE</u>

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 9, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

Shane Michael Hettish　　　　　　Ronda J. Winnecour
Brittany Laurel Hettish　　　　　　Suite 3250, USX Tower
2663 East 32nd Street　　　　　　600 Grant Street
Erie, PA 16510　　　　　　　　　Pittsburgh, PA 15219

SERVICE BY ELECTRONIC NOTIFICATION

Daniel P. Foster                           Office of the United States Trustee
Foster Law Offices                         Liberty Center
1210 Park Avenue                           1001 Liberty Avenue, Suite 970
Meadville, PA 16335                        Pittsburgh, PA 15222


Executed by: July 9, 2021                  Respectfully submitted,

                                           BERNSTEIN-BURKLEY, P.C.

                                           By: /s/*Keri P. Ebeck*
                                           Keri P. Ebeck, Esq.
                                           PA I.D. # 91298
                                           kebeck@bernsteinlaw.com
                                           707 Grant Street
                                           Suite 2200, Gulf Tower
                                           Pittsburgh, PA 15219
                                           Phone - (412) 456-8112
                                           Fax - (412) 456-8135

                                           *Counsel for Nissan Motor Acceptance
                                           Corporation as Servicing Agent for Nissan
                                           Infinity LT*