IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHANE MICHAEL HETTISH, and<br>BRITTANY LAUREL HETTISH,<br>      Debtor,<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION AS SERVICING AGENT FOR<br>NISSAN INFINITY LT,<br>      Movant,<br><br>   v.<br><br>SHANE MICHAEL HETTISH, and<br>BRITTANY LAUREL HETTISH, and<br>RONDA J. WINNECOUR, Trustee,<br>      Respondents. | Bankruptcy No. 19-11247-TPA<br><br>Chapter 13<br><br>Doc. No. 50 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 50)

     The undersigned hereby certifies that, as of July 26, 2021, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 50, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than       .

     It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: July 27, 2021                            Respectfully submitted,

                                                               BERNSTEIN-BURKLEY, P.C.

                                                               By: /s/*Keri P. Ebeck*
                                                               Keri P. Ebeck, Esq.
                                                               PA I.D. # 91298
                                                              kebeck@bernsteinlaw.com
                                                               707 Grant Street
                                                               Suite 2200, Gulf Tower
                                                               Pittsburgh, PA 15219
                                                               Phone - (412) 456-8112
                                                               Fax - (412) 456-8135