IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-11247-TPA |
| SHANE MICHAEL HETTISH, and BRITTANY LAUREL HETTISH,<br>　　　Debtor, | Chapter 13<br><br>Doc. No. 50 |
| NISSAN MOTOR ACCEPTANCE CORPORATION AS SERVICING AGENT FOR NISSAN INFINITY LT,<br>　　　Movant, | |
| v. | |
| SHANE MICHAEL HETTISH, and BRITTANY LAUREL HETTISH, and RONDA J. WINNECOUR, Trustee,<br>　　　Respondents. | |

## ORDER OF COURT

AND NOW, this <u>29th</u> day of <u>    July    </u>, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

　　a.　Relief from the Automatic Stay is granted as to the interest of Nissan Motor Acceptance Corporation as Servicing Agent for Nissan Infinity LT in the 2018 Nissan Rogue AWD, VIN# 5N1AT2MVXJC797642.

BY THE COURT:

_____
Honorable Thomas P. Agresti
U.S. Bankruptcy Court Judge

jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-11247-TPA
Shane Michael Hettish Chapter 13
Brittany Laurel Hettish
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: mgut | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Michael Hettish, Brittany Laurel Hettish, 2663 East 32nd Street, Erie, PA 16510-2705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Shane Michael Hettish dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Brittany Laurel Hettish dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Nissan Infinity LT kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor Northpointe Bank ecfmail@ecf.courtdrive.com |

District/off: 0315-1     User: mgut     Page 2 of 2
Date Rcvd: Jul 29, 2021     Form ID: pdf900     Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7