FILED
7/29/21 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHANE MICHAEL HETTISH, and<br>BRITTANY LAUREL HETTISH,<br>　　　　Debtor,<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION AS SERVICING AGENT<br>FOR NISSAN INFINITY LT,<br>　　　　Movant,<br><br>v.<br><br>SHANE MICHAEL HETTISH, and<br>BRITTANY LAUREL HETTISH, and<br>RONDA J. WINNECOUR, Trustee,<br>　　　　Respondents. | Bankruptcy No. 19-11247-TPA<br><br>Chapter 13<br><br>Doc. No. 56 , 57 |

## ORDER

AND NOW, this 29th day of _____July_____, 2021, upon consideration of the foregoing *Motion to Withdraw the Certification of Counsel Regarding Consent Order to Assume Lease and Pay Installment Claim Outside of the Plan Filed by Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Nissan Infinity LT.*, it is hereby ORDERED that the Motion is approved.

BY THE COURT:

_/s/ Thomas P. Agresti_    **jlm**
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 19-11247-TPA
Shane Michael Hettish                                                                 Chapter 13
Brittany Laurel Hettish
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: mgut    Page 1 of 2
Date Rcvd: Jul 29, 2021    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

**Recip ID            Recipient Name and Address**
db/jdb            +    Shane Michael Hettish, Brittany Laurel Hettish, 2663 East 32nd Street, Erie, PA 16510-2705

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

**Name            Email Address**

Brian Nicholas
    on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com

Daniel P. Foster
    on behalf of Debtor Shane Michael Hettish dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Joint Debtor Brittany Laurel Hettish dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Keri P. Ebeck
    on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Nissan Infinity LT kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com

Lauren Moyer
    on behalf of Creditor Northpointe Bank ecfmail@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 2 of 2 |
| Date Rcvd: Jul 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7