# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-11247** |
| **Shane Michael Hettish** | : **Chapter 13** |
| **Brittany Laurel Hettish** | : **Judge Carlota M. Bohm** |
| | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : |
| | : |
| **Pingora Loan Servicing, LLC** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Pingora Loan Servicing, LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Stephen R. Franks
    Stephen R. Franks, Esquire (0075345)
    Adam B. Hall (323867)
    Edward H. Cahill (0088985)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Stephen R. Franks.
    Contact email is srfranks@manleydeas.com

23-010368_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-11247** |
| **Shane Michael Hettish** | **Chapter 13** |
| **Brittany Laurel Hettish** | **Judge Carlota M. Bohm** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **Pingora Loan Servicing, LLC** | **Related Document #** |
| **Movant,** | |
| | |
| **No Respondent(s).** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 11, 2023.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Daniel P. Foster, Attorney for Shane Michael Hettish and Brittany Laurel Hettish, dan@mrdebtbuster.com

Service by First-Class Mail:
Shane Michael Hettish and Brittany Laurel Hettish, 2663 East 32nd Street, Erie, PA 16510

EXECUTED ON: May 11, 2023

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

23-010368_PS