**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/09/2023

IN RE:

| | |
|---|---|
| SHANE MICHAEL HETTISH<br>BRITTANY LAUREL HETTISH<br>2663 EAST 32ND STREET<br>ERIE,  PA  16510<br>XXX-XX-7136          Debtor(s)<br><br>XXX-XX-5320 | Case No.19-11247<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts∗ and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

∗Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/9/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  GOOGLE STORE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 1936 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA, PA  19102 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NORTH POINTE BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **NISSAN-INFINITI LT**<br>PO BOX 660366<br>DALLAS, TX  75266-0366 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  8,538.40<br>COMMENT:  RS/OE*NO$/SCH G*$/CL-PL@426.85/MO*PMTx17 REM PMTS+1280.76 ARRS=CL AM | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 4341 |
| **PINGORA LOAN SERVICING LLC**<br>C/O NATIONSTAR MTG LLC dba MR. COOPER(*)<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*862.51/PL*DKT4PMT-LMT*BGN 1/20*FR NORTHPOINTE-DOC 84 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8741 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  3,337.22<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3154 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  2,829.24<br>COMMENT:  CABELAS/CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7084 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HERTEL AND BROWN PHSYICAL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br>PITTSBURGH, PA  15220 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0783 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE  68501 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5325 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE  68501 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5425 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **DISCOVER PERSONAL LOANS\*\*** <br> PO BOX 6105 <br> CAROL STREAM, IL 60197-6104 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 5,334.26 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9939 |
| **DISCOVER BANK(\*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 4,447.16 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6373 |
| **FRIENDLY FCU** <br> 2000 MAIN ST <br> ALIQUIPPA, PA 15001 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1027 |
| **HEALTH CARE FINANCIAL SERVICES** <br> 1204 KANAWHA BLVD <br> POB 3882 <br> CHARLESTON, WV 25338 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CHARLESTON AREA HSPTL/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3525 |
| **KOHLS++** <br> POB 2983 <br> MILWAUKEE, WI 53201-2983 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3952 |
| **PNC BANK NA** <br> PO BOX 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 18,521.06 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5821 |
| **PNC BANK++** <br> POB 3180 <br> PITTSBURGH, PA 15230 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2536 |
| **PNC BANK NA** <br> PO BOX 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 735.91 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6318 |
| **PNC BANK++** <br> POB 3180 <br> PITTSBURGH, PA 15230 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4866 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 440.05 <br> COMMENT: SYNCHRONY/GOOGLE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1936 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:21  INT %: 0.00% <br> Court Claim Number:10 <br> CLAIM: 256.85 <br> COMMENT: SYNCHRONY/TJX | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1608 |
| **TD BANK USA NA**** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124 | Trustee Claim Number:22  INT %: 0.00% <br> Court Claim Number:13 <br> CLAIM: 1,770.76 <br> COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1742 |
| **TD BANK NA(*)** <br> ATTN BANKRUPTCY DEPT ME 100-39 <br> POB 9547 <br> PORTLAND, ME 04112 | Trustee Claim Number:23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7184 |
| **GREAT LAKES HIGHER ED CORP** <br> 2401 INTERNATIONAL LN <br> MADISON, WI 53704 | Trustee Claim Number:24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: USDOE/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8581 |
| **WELLS FARGO BANK NA** <br> ATTN PAYMENT PROCESSING <br> PO BOX 14487 <br> DES MOINES, IA 50309 | Trustee Claim Number:25  INT %: 0.00% <br> Court Claim Number:9 <br> CLAIM: 0.00 <br> COMMENT: 636476095*SURR/CONF*UNS/SCH*NT PROV/PL*CL=2015.25 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 6095 |
| **WELLS FARGO** <br> POB 14487 - PMT PROCESSING <br> DES MOINES, IA 50306 | Trustee Claim Number:26  INT %: 0.00% <br> Court Claim Number:12 <br> CLAIM: 4,306.02 <br> COMMENT: 3822~PREFERRED/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3989 |
| **CHARLESTON AREA MEDICAL CENTER** <br> 501 MORRIS ST <br> CHARLESTON, WV 25301 | Trustee Claim Number:27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **HERTEL & BROWN PHYSICAL THERAPY** <br> 902 W ERIE PLAZA DR <br> ERIE, PA 16505-4536 | Trustee Claim Number:28  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **GREAT LAKES HIGHER ED CORP** <br> 2401 INTERNATIONAL LN <br> MADISON, WI 53704 | Trustee Claim Number:29  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: USDOE/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7581 |
| **PINGORA LOAN SERVICING LLC** <br> C/O NATIONSTAR MTG LLC dba MR. COOPER(*) <br> PO BOX 619094 <br> DALLAS, TX 75261-9741 | Trustee Claim Number:30  INT %: 0.00% <br> Court Claim Number:4 <br> CLAIM: 1,177.04 <br> COMMENT: $/CL-PL*THRU 12/19*FR NORTHPOINTE-DOC 84 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 8741 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  NISSAN/PRAE | |
| **WESTLAKE FINANCIAL SERVICES(*)** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 4751 WILSHIRE BLVD STE 100 | Court Claim Number: | ACCOUNT NO.:  7781 |
| | CLAIM:  0.00 | |
| LOS ANGELES, CA  90010 | COMMENT:  16887781*PMT/PL*333.45x(39 REM MOS+2)=LMT*BGN 10/21*DK | |
| **ROBERTSON ANSCHULTZ  SCHNEID ET AL** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 130 CLINTON RD STE 202 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| FAIRFIELD, NJ  07004 | COMMENT:  /POA | |
| **MANLEY DEAS KOCHALSKI LLC** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| PO BOX 165028 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-5028 | COMMENT:  PINGORA LN/PRAE | |