**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-11247-JCM |
| | : | |
| **Shane Michael Hettish and** | : | |
| **Brittany Laurel Hettish,** | : | CHAPTER 13 |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Brittany Laurel Hettish,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 97 |
| | : | |
| vs. | : | |
| | : | |
| **Upmc Hamot,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: January 28, 2025                By: /s/ Caitlyn A. Campbell
                                                                          Caitlyn A. Campbell, PARALEGAL
                                                                          FOSTER LAW OFFICES
                                                                          1210 Park Avenue
                                                                          Meadville, PA 16335
                                                                          Tel 814.724.1165
                                                                          Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**UPMC HAMOT**
**ATTN: PAYROLL MANAGER**
**201 STATE STREET**
**ERIE, PA 16550**