UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   SHANE MICHAEL HETTISH<br>BRITTANY LAUREL HETTISH<br>       Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>       vs.<br>SHANE MICHAEL HETTISH<br>BRITTANY LAUREL HETTISH<br><br>     Respondents | Case No.19-11247JCM<br><br><br><br>Chapter 13<br><br><br><br>Related Document No.96 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___27th___ day of __January__ , 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc Hamot
Attn: Payroll Manager
201 State St
Erie,PA 16550

is hereby ordered to immediately terminate the attachment of the wages of BRITTANY LAUREL HETTISH, social security number XXX-XX-5320.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRITTANY LAUREL HETTISH.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court

SIGNED
1/27/25 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11247-JCM |
| Shane Michael Hettish | Chapter 13 |
| Brittany Laurel Hettish | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Michael Hettish, Brittany Laurel Hettish, 2663 East 32nd Street, Erie, PA 16510-2705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | |
| | on behalf of Creditor Pingora Loan Servicing  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Pingora Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Brittany Laurel Hettish dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Shane Michael Hettish dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | |
| | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Denise Carlon
    on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Nissan Infinity LT kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor Northpointe Bank ecfmail@mwc-law.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Pingora Loan Servicing  LLC amps@manleydeas.com

TOTAL: 11