Certificate Number: 03088-PAW-DE-039313517

Bankruptcy Case Number: 19-11247



03088-PAW-DE-039313517

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2025, at 8:04 o'clock AM CST, Brittany L Hettish completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 6, 2025

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor