**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHANE MICHAEL HETTISH<br>BRITTANY LAUREL HETTISH<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:19-11247<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/20/2019 and confirmed on 2/28/20. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,560.36 |
| Less Refunds to Debtor | 2,931.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 95,628.64 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 4,949.16 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,449.16 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PINGORA LOAN SERVICING LLC<br>Acct: 8741 | 0.00 | 55,392.26 | 0.00 | 55,392.26 |
| PINGORA LOAN SERVICING LLC<br>Acct: 8741 | 1,177.04 | 1,177.04 | 0.00 | 1,177.04 |
| WELLS FARGO BANK NA<br>Acct: 6095 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 56,569.30 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHANE MICHAEL HETTISH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHANE MICHAEL HETTISH<br>Acct: | 1,579.38 | 1,579.38 | 0.00 | 0.00 |
| SHANE MICHAEL HETTISH<br>Acct: | 1,352.34 | 1,352.34 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| NISSAN-INFINITI LT<br>Acct: 4341 | 8,538.40 | 8,538.40 | 0.00 | 8,538.40 |
| WESTLAKE FINANCIAL SERVICES(*)<br>Acct: 7781 | 0.00 | 13,671.45 | 0.00 | 13,671.45 |
| | | | | 22,209.85 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA**<br>Acct: 3154 | 3,337.22 | 667.81 | 0.00 | 667.81 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 7084 | 2,829.24 | 566.16 | 0.00 | 566.16 |
| COLLECTION SERVICE CENTER INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0783 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5325 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5425 | | | | |
| DISCOVER PERSONAL LOANS** | 5,334.26 | 1,067.44 | 0.00 | 1,067.44 |
| Acct: 9939 | | | | |
| DISCOVER BANK(*) | 4,447.16 | 889.92 | 0.00 | 889.92 |
| Acct: 6373 | | | | |
| FRIENDLY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1027 | | | | |
| HEALTH CARE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3525 | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3952 | | | | |
| PNC BANK NA | 18,521.06 | 3,706.25 | 0.00 | 3,706.25 |
| Acct: 5821 | | | | |
| PNC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2536 | | | | |
| PNC BANK NA | 735.91 | 147.26 | 0.00 | 147.26 |
| Acct: 6318 | | | | |
| PNC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4866 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 440.05 | 88.06 | 0.00 | 88.06 |
| Acct: 1936 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 256.85 | 51.40 | 0.00 | 51.40 |
| Acct: 1608 | | | | |
| TD BANK USA NA** | 1,770.76 | 354.35 | 0.00 | 354.35 |
| Acct: 1742 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7184 | | | | |
| GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8581 | | | | |
| WELLS FARGO | 4,306.02 | 861.68 | 0.00 | 861.68 |
| Acct: 3989 | | | | |
| GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7581 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1936 | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHULTZ  SCHNEID ET A | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLESTON AREA MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HERTEL & BROWN PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,400.33 |

TOTAL PAID TO CREDITORS                                                                87,179.48

```
TOTAL CLAIMED
   PRIORITY            8,538.40
   SECURED             1,177.04
   UNSECURED          41,978.53
```

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHANE MICHAEL HETTISH
BRITTANY LAUREL HETTISH
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-11247

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11247-JCM |
| Shane Michael Hettish | Chapter 13 |
| Brittany Laurel Hettish | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Michael Hettish, Brittany Laurel Hettish, 2663 East 32nd Street, Erie, PA 16510-2705 |
| 15174085 | + | Americo Federal Credit Union, 4108 Main Street, Erie, PA 16511-1968 |
| 15174088 | + | Charleston Area Medical Center, 501 Morris Street, Charleston, WV 25301-1326 |
| 15174096 | + | Friendly Federal Credit Union, 2000 Main Street, Aliquippa, PA 15001-2794 |
| 15174100 | + | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15196709 | + | Northpointe Bank, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15202512 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |
| 15174108 | + | Wells Fargo / Fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:28:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 28 2025 00:12:00 | Pingora Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| 15174083 | + | Email/Text: bncnotifications@pheaa.org | Mar 28 2025 00:13:00 | Aes / Pnc Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15174084 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 28 2025 00:38:34 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15174086 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2025 00:12:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15197392 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 28 2025 00:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15174087 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:16:36 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15174089 | ^ | MEBN | Mar 28 2025 00:08:30 | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15174090 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2025 00:13:00 | Comenity Bank / Eddie Baur, Po Box 182789, Columbus, OH 43218-2789 |
| 15174091 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2025 00:13:00 | Comenity Capital Bank / Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15174092 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 42 |

| | | Mar 28 2025 00:14:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
|---|---|---|---|
| 15174094 | Email/Text: mrdiscen@discover.com | Mar 28 2025 00:12:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15174095 | Email/Text: mrdiscen@discover.com | Mar 28 2025 00:12:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15174093 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 28 2025 00:14:00 | Department Of Education / Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 15175655 | Email/Text: mrdiscen@discover.com | Mar 28 2025 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15176413 | + Email/Text: dplbk@discover.com | Mar 28 2025 00:14:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15174097 | + Email/Text: hfs@vandaliahealth.org | Mar 28 2025 00:13:00 | Healthcare Financial Services, 1204 Kanawha Boulevard East, Charleston, WV 25301-2907 |
| 15201668 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15174099 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2025 00:28:13 | JPMorgan Chase Bank Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 15529018 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:13:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 15174101 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 28 2025 00:12:00 | Nissan - Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15198345 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 28 2025 00:12:00 | Nissan Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15174102 | + Email/Text: specialassets@northpointe.com | Mar 28 2025 00:14:00 | Northpointe Bank, 3333 Deposit Drive Ne, Grand Rapids, MI 49546-1469 |
| 15200952 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2025 00:12:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15174103 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2025 00:12:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15192224 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:27:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15174104 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:28:12 | Syncb / Google, Po Box 965022, Orlando, FL 32896-5022 |
| 15174105 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:38:34 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15174418 | ^ MEBN | Mar 28 2025 00:09:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15207294 | + Email/Text: bncmail@w-legal.com | Mar 28 2025 00:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15174106 | + Email/Text: bncmail@w-legal.com | Mar 28 2025 00:13:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15174107 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 28 2025 00:14:00 | Us Department Of Education / Glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15174109 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 28 2025 00:27:35 | Wells Fargo / Preferred, Po Box 14517, Des Moines, IA 50306-3517 |
| 15201583 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 28 2025 00:16:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Corporation |
| cr | | Nissan Motor Acceptance Corporation as Servicing A |
| cr | | Northpointe Bank |
| 15195813 | *+ | Northpointe Bank, 3333 Deposit Drive NE, Grand Rapids, MI 49546-1469 |
| 15174098 | ##+ | Hertel & Brown Physical Therapy, 902 West Erie Plaza Drive, Erie, PA 16505-4536 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

**Name**     **Email Address**

Charles Griffin Wohlrab
on behalf of Creditor Pingora Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Daniel P. Foster
on behalf of Debtor Shane Michael Hettish dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Joint Debtor Brittany Laurel Hettish dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Pingora Loan Servicing LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Nissan Infinity LT kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marisa Myers Cohen
on behalf of Creditor Northpointe Bank ecfmail@mwc-law.com mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Pingora Loan Servicing LLC amps@manleydeas.com

TOTAL: 10