**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shane Michael Hettish<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7136<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Brittany Laurel Hettish<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5320<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–11247–JCM

## Order of Discharge                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Shane Michael Hettish                               Brittany Laurel Hettish
                                                                                  aka Brittany L Pearson

    5/13/25                                              **By the court:** John C Melaragno
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W            **Chapter 13 Discharge**            page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shane Michael Hettish  
Brittany Laurel Hettish  
    Debtors

Case No. 19-11247-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: May 13, 2025      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Michael Hettish, Brittany Laurel Hettish, 2663 East 32nd Street, Erie, PA 16510-2705 |
| 15174085 | + | Americo Federal Credit Union, 4108 Main Street, Erie, PA 16511-1968 |
| 15174088 | + | Charleston Area Medical Center, 501 Morris Street, Charleston, WV 25301-1326 |
| 15174096 | + | Friendly Federal Credit Union, 2000 Main Street, Aliquippa, PA 15001-2794 |
| 15196709 | + | Northpointe Bank, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15202512 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |
| 15174108 | + | Wells Fargo / Fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 14 2025 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 14 2025 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | May 14 2025 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | May 13 2025 23:58:00 | Pingora Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/Text: bncmail@w-legal.com | May 14 2025 00:00:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 15174083 | + | Email/Text: bncnotifications@pheaa.org | May 13 2025 23:59:00 | Aes / Pnc Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15174084 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 14 2025 00:19:03 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15174086 | + | EDI: BANKAMER | May 14 2025 03:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15197392 | + | EDI: BANKAMER2 | May 14 2025 03:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15174087 | + | EDI: CAPITALONE.COM | | |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 14 2025 03:43:00 | Capital One / Cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15174089 | ^ | MEBN | | |
| | | | May 13 2025 23:50:49 | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15174090 | + | EDI: WFNNB.COM | | |
| | | | May 14 2025 03:43:00 | Comenity Bank / Eddie Baur, Po Box 182789, Columbus, OH 43218-2789 |
| 15174091 | + | EDI: WFNNB.COM | | |
| | | | May 14 2025 03:43:00 | Comenity Capital Bank / Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15174092 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | | May 14 2025 00:00:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15174094 | | EDI: DISCOVER | | |
| | | | May 14 2025 03:43:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15174095 | | EDI: DISCOVER | | |
| | | | May 14 2025 03:43:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15174093 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | May 14 2025 00:00:00 | Department Of Education / Nelnet Loans, Po Box 82561, Lincoln, NE 68501-2561 |
| 15175655 | | EDI: DISCOVER | | |
| | | | May 14 2025 03:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15176413 | + | EDI: DISCOVERPL | | |
| | | | May 14 2025 03:43:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15174097 | + | Email/Text: hfs@vandaliahealth.org | | |
| | | | May 13 2025 23:59:00 | Healthcare Financial Services, 1204 Kanawha Boulevard East, Charleston, WV 25301-2907 |
| 15201668 | | EDI: JEFFERSONCAP.COM | | |
| | | | May 14 2025 03:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15174099 | + | EDI: JPMORGANCHASE | | |
| | | | May 14 2025 03:43:00 | JPMorgan Chase Bank Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 15174100 | + | EDI: CAPITALONE.COM | | |
| | | | May 14 2025 03:43:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15529018 | | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | May 13 2025 23:58:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 15174101 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | May 13 2025 23:58:00 | Nissan - Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15198345 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | May 13 2025 23:58:00 | Nissan Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15174102 | + | Email/Text: specialassets@northpointe.com | | |
| | | | May 14 2025 00:00:00 | Northpointe Bank, 3333 Deposit Drive Ne, Grand Rapids, MI 49546-1469 |
| 15200952 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 13 2025 23:58:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15174103 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 13 2025 23:58:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15192224 | | EDI: PRA.COM | | |
| | | | May 14 2025 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15174104 | + | EDI: SYNC | | |
| | | | May 14 2025 03:43:00 | Syncb / Google, Po Box 965022, Orlando, FL 32896-5022 |
| 15174105 | + | EDI: SYNC | | |
| | | | May 14 2025 03:43:00 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15174418 | ^ | MEBN | | |
| | | | May 13 2025 23:51:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15207294 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 14 2025 00:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: 3180W | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | 400, SEATTLE, WA 98121-3132 |
| 15174106 | + | EDI: WTRRNBANK.COM | May 14 2025 03:43:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15174107 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 14 2025 00:00:00 | Us Department Of Education / Glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15174109 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 14 2025 00:19:03 | Wells Fargo / Preferred, Po Box 14517, Des Moines, IA 50306-3517 |
| 15201583 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 14 2025 00:18:12 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Corporation |
| cr | | Nissan Motor Acceptance Corporation as Servicing A |
| cr | | Northpointe Bank |
| 15195813 | *+ | Northpointe Bank, 3333 Deposit Drive NE, Grand Rapids, MI 49546-1469 |
| 15174098 | ##+ | Hertel & Brown Physical Therapy, 902 West Erie Plaza Drive, Erie, PA 16505-4536 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Pingora Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Shane Michael Hettish dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Brittany Laurel Hettish dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Corporation as Servicing Agent for Nissan Infinity LT kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: May 13, 2025 | Form ID: 3180W | Total Noticed: 45

Marisa Myers Cohen
    on behalf of Creditor Northpointe Bank ecfmail@mwc-law.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Pingora Loan Servicing  LLC amps@manleydeas.com

TOTAL: 10